CHIEF JUDGE ROBERT S. LASNIK

08-CR-00099-WV

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-99RSL |
| | ) | |
| Plaintiff, | ) | (PROPOSED) ORDER ~~GRANTING~~ DENYING |
| | ) | MOTION TO SEAL DEFENDANT'S |
| vs. | ) | SENTENCE RECOMMENDATION |
| | ) | AND MEMORANDUM |
| JIMMY LEE KING, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having come before the undersigned on the motion of defendant Jimmy Lee King and Assistant Federal Public Defender Michael Filipovic, in that he be permitted to file Defendant's Sentence Recommendation and Memorandum under seal, it is hereby

ORDERED that the MOTION IS DENIED. ~~defendant shall be permitted to file Defendant's Sentence Recommendation and Memorandum under seal.~~

DATED this 5th day of February, 2010.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

DENYING
(PROPOSED) ORDER ~~GRANTING~~ MOTION TO SEAL
DEFENDANT'S SENTENCE RECOMMENDATION
AND MEMORANDUM - 1
(*Jimmy Lee King*; No. CR09-99RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100